# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Creighton University, | Case No. _____ |
| Plaintiff, | |
| v. | |
| Zurich American Insurance Company and Hartford Steam Boiler Inspection and Insurance Company, | |
| Defendants. | |

## DECLARATION OF SCOTT G. JOHNSON

I, Scott G. Johnson, hereby declare:

1. I am an attorney duly licensed to practice law before the United States District Court for the District of Nebraska and am a partner with the law firm of Robins Kaplan LLP, attorneys of record for Defendants Zurich American Insurance Company ("Zurich") and The Hartford Steam Boiler Inspection and Insurance Company ("HSB") in this lawsuit. I make this declaration based on personal knowledge and am competent to testify on the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of Creighton University's business entity information as printed from the Nebraska Secretary of State's website on March 22, 2018. This information is accessible online

through the Nebraska Secretary of State's Corporation and Business Entity Search service found at https://www.nebraska.gov/sos/corp/corpsearch.cgi?.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2018

Scott G. Johnson

88845780.1

# Exhibit A

# CREIGHTON UNIVERSITY

Thu Mar 22 09:01:28 2018

**SOS Account Number**
0202940
**Status**
Active

**Principal Office Address**
2500 CALIFORNIA PLZ
OMAHA, NE 68178
**Registered Agent and Office Address**
JAMES S. JANSEN
2500 CALIFORNIA PLAZA
OMAHA, NE 68178

**Nature of Business**
TO PROVIDE POST SECONDARY AND GRADUATE EDUCATION
**Entity Type**
Non Profit (Dom) Corp
Qualifying State: NE
**Date Filed**
Mar 03 1960

| Corporation Position | Name | Address |
| --- | --- | --- |
| President | DANIEL S HENDRICKSON | 2500 CALIFORNIA PLZ<br>OMAHA, NE 68178 |
| Secretary | JAMES S JANSEN | 2500 CALIFORNIA PLZ<br>OMAHA, NE 68178 |
| Treasurer | DANIEL E BURKEY | 2500 CALIFORNIA PLZ<br>OMAHA, NE 681780000 |
| Director | MS. MIMI A FELLER, BA '70 | GANNETT CO., INC.<br>5533 POTOMAC AVENUE NW<br>WASHINGTON, DC 20016 |
| Director | FRANK L HAYES | HAYES AND ASSOCIATES<br>WESTROADS POINTE<br>, NE |
| Director | MR. W GARY GATES, MBA '91 (KATHY) | OMAHA PUBLIC POWER DISTRICT<br>444 SOUTH 16TH STREET MALL<br>OMAHA, NE 68102 |
| Director | DANIEL S HENDRICKSON | 2500 CALIFORNIA PLZ<br>OMAHA, NE 68178 |
| Director | MR. RONALD B GARTLAN, BSBA '69 (DEE GEE) | GODFATHER'S PIZZA, INC.<br>2808 NORTH 108TH STREET<br>OMAHA, NE 68164 |

**Filed Documents**

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Code | Document | Date Filed | Price |
|---|---|---|---|---|
| ☐ | A | Amendment | Mar 03 1960 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | AP | Articles Perpetual | Mar 03 1960 | $3.60 = 8 page(s) @ $0.45 per page |
| ☐ | NN | New Name | Aug 19 1968 | $2.70 = 6 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Aug 12 1969 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Jun 22 1990 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Jan 13 1995 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 08 1999 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Apr 02 2001 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | May 31 2001 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 21 2003 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 25 2005 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | May 31 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 28 2007 | $3.15 = 7 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 19 2009 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Jan 27 2011 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Oct 14 2011 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Jan 24 2013 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Jan 15 2015 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Jan 23 2017 | $0.90 = 2 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

⬆ Back to Top