IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREIGHTON UNIVERSITY, Plaintiff, vs. ZURICH AMERICAN INSURANCE COMPANY and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, Defendants. | 8:18-CV-165 ORDER |

IT IS ORDERED:

1. The parties' stipulation for dismissal (filing 15) is approved.

2. Hartford Steam Boiler Inspection and Insurance Company is dismissed as a party, without prejudice, subject to the conditions set forth in the stipulation for dismissal.

Dated this 19th day of June, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge